# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID FRANKLIN SLATER,<br><br>Defendant. | Case No.<br><br>8:24-cr-00042-BCB-MDN |

## NOTICE OF APPEARANCE

COMES NOW the United States of America and gives this Honorable Court notice of the appearance of the undersigned Trial Attorney with the United States Department of Justice, as co-counsel for the government in the above-styled case.

Respectfully submitted on March 12, 2024.

                                                        */s/ Emma Ellenrieder*
                                                        Emma Dinan Ellenrieder
                                                        DC Bar No. 1015108
                                                        Trial Attorney
                                                        U.S. Department of Justice
                                                        National Security Division
                                                        950 Pennsylvania Avenue, NW
                                                        Washington, DC 20530
                                                        Tel: 202-514-0203
                                                        Emma.Ellenrieder@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed with the Court using the Court's CM/ECF system, which will send notification of such filing to all parties of record on March 12, 2024.

*/s/ Emma Ellenrieder*
Emma Dinan Ellenrieder
Trial Attorney