IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 8:24-cr-00042-BCB-MDN |
| DAVID FRANKLIN SLATER, | |
| Defendant. | |

**Government's Consent Motion for Protective Order Pursuant To
Section 3 of the Classified Information Procedures Act**

COMES NOW, the United States of America respectfully moves this Court, pursuant to Section 3 of the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA"); the Revised Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2052, by the Chief Justice of the United States for the Protection of Classified Information (reprinted following CIPA Section 9); Rules 16 and 57 of the Federal Rules of Criminal Procedure; the general supervisory authority of the Court; and to protect the national security, to enter the attached proposed Protective Order regarding the disclosure and dissemination of classified national security information and documents. The proposed Protective Order has been reviewed and approved by both the Defendant and the Classified Information Security Officer ("CISO") assigned to this matter.

DATED this 17th day of September 2024.

                UNITED STATES OF AMERICA, Plaintiff

                SUSAN T. LEHR
                United States Attorney
                District of Nebraska

By:   /s/ Donald J. Kleine
       DONALD J. KLEINE, #22669
       Assistant U.S. Attorney
       1620 Dodge Street, Suite 1400
       Omaha, NE 68102-1506
       Tel: (402) 661-3700
       Fax: (402) 661-3084
       E-mail: donald.kleine@usdoj.gov


                MATTHEW G. OLSEN
                Assistant Attorney General
                National Security Division
                United States Department of Justice

By:   /s/ Emma Ellenrieder
       Emma Ellenrieder
       Trial Attorney
       Counterintelligence and
       Export Control Section
       National Security Division
       950 Pennsylvania Ave., NW
       Washington, DC 20530
       Tel: (202) 514-0203
       E-mail: Emma.Ellenrieder@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

/s/ Emma Dinan Ellenrieder
Trial Attorney
National Security Division
U.S. Department of Justice