IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>DAVID FRANKLIN SLATER,<br><br>      Defendant. | 8:24CR42<br><br>**ORDER ON PRETRIAL DEADLINES** |

  The jury trial in this matter was recently continued to May 13, 2025. *See* Filing 38. Owing to the unusual nature of the case, the Court finds that some revision of the deadlines for pretrial submissions in the Trial Order, Filing 36, and the setting of some additional deadlines is appropriate. Accordingly,

  IT IS ORDERED that

  1. On or before Friday, April 11, 2025, the parties shall filed any notices of intention to disclose classified information as set out in 18 U.S.C. App. 3, §§ 5 and 10. Any motion for hearing to make all determinations concerning the use, relevance, or admissibility of classified information that would otherwise be made during the trial or pretrial proceeding as set out in 18 U.S.C. App. 3, § 6 shall be filed not later than Friday, April 18, 2025.

  2. Section 3.A. of the Trial Order is modified as follows:

  a. On or before Tuesday, April 29, 2025, counsel for the government shall electronically file the following documents with the Clerk of Court:

    i. Witness list

    ii. Exhibit list

1

     iii. Proposed jury instructions and verdict forms

 b. On or before Tuesday, May 6, 2025, counsel for the government shall electronically file a trial brief.

**In addition to electronically filing the documents, a copy of the government's jury instructions, verdict form(s), witness list, and exhibit list shall be e-mailed as attachments in Word format to the chambers at the following address on this same date: Buescher@ned.uscourts.gov**.

 b. As indicated in § 3.B. of the Trial Order, the defendant is encouraged to submit proposed jury instructions, a verdict form(s), a witness list, and an exhibit list to the judge's chambers as well via email at Buescher@ned.uscourts.gov. The materials submitted by the defendant(s) shall not be disclosed to the government unless the defendant specifies otherwise.

 3. Any motions to exclude or allow at trial evidence that does not involve classified information shall be filed not later than Friday, May 2, 2025. Oppositions to any motions to exclude or allow at trial evidence that does not involve classified information shall be filed not later than Tuesday, May 7, 2025.

 4. The Court notes that the Trial Order does not indicate the parties' estimates of the length of the trial. Consequently, the parties shall confer and jointly or separately email the Court not later than Friday, March 21, 2025, of their estimates of the likely length of the trial.

 Dated this 17th day of March, 2025.

                BY THE COURT:

                _____
                Brian C. Buescher
                United States District Judge