IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:24CR-42 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED** |
| vs. | ) | **MOTION TO CONTINUE** |
| | ) | **CHANGE OF PLEA HEARING** |
| DAVID FRANKLIN SLATER, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, David Franklin Slater, by and through his attorney of record, Stuart J. Dornan, and hereby moves the Court to continue the Change of Plea hearing in this matter for the following reasons:

1. Defendant is undergoing health examinations that need to be completed prior to his Change of Plea Hearing.

2. Assistant United States Attorney Donald Kleine has no objection to a continuance.

3. Defendant has been advised of the continuance request and does not object.

4. Defendant requests a thirty-day continuance.

WHEREFORE, the Defendant prays the Court grant a continuance of the Change of Plea hearing; and for such other and further relief as the Court deems just and equitable.

                              DAVID FRANKLIN SLATER, Defendant,

By:    *s/Stuart J. Dornan*
           STUART J. DORNAN, #18553
           Attorney for Defendant
           Dornan, Howard, Breitkreutz,
           Dahlquist & Klein PC LLO
           1403 Farnam Street, Suite 232
           Omaha, NE 68102
           (402) 884-7044 (phone)
           stu@dltlawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2025, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Donald J. Kleine, Assistant United States Attorney

and I hereby certify that I have emailed the document to the following non CM/ECF participants:

N/A

*s/Stuart J. Dornan*
STUART J. DORNAN, #18553
Attorney for Defendant